In the Matter of LADYCLIFF COLLEGE, Respondent.

ARTHUR ELSEN et al., as Assessors of the Town of Highlands, Appellants.

Argued June 6, 1944; decided July 19, 1944.

*Ivan E. Maginn* for appellants.
*Edward S. Finegan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.